UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

LENARD DIXON,

    Petitioner,

V.

C. GOMEZ,

    Respondent.

Civil Action No. 6: 21-024-KKC

**MEMORANDUM OPINION AND ORDER**

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Petitioner LeNard Dixon is a federal prisoner currently confined at the United States Penitentiary ("USP")-McCreary located in Pine Knot, Kentucky. Proceeding without counsel, Dixon has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [R. 1]  However, Dixon did not pay the $5.00 filing fee as required by 28 U.S.C. § 1914, nor did he file a motion for leave to proceed *in forma pauperis*.  While a cover letter included with his petition makes an informal request that the filing fee be waived "due to the spread of COVID-19 in the institution and the delay in funds being taken off my account," [R. 1-3], these are not sufficient reasons to waive payment of the filing fee.

In order to proceed in this matter, Dixon must either pay the $5.00 filing fee or file a properly-supported motion to proceed *in forma pauperis*.[1]  The Court will direct the Clerk of the Court to forward a copy of the required forms to Dixon.  If Dixon fails to take either of these steps

---

[1] If Dixon files a motion to proceed *in forma pauperis*, he is advised that such a motion must be accompanied by "a *certified* copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint…, obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(2) (emphasis added).  The Court will not grant a motion to proceed *in forma pauperis* unless it receives the necessary account information.

within the time provided below, his petition will be denied without prejudice for failure to prosecute.  LR 5.3(b).

Accordingly, it is hereby **ORDERED** as follows:

1. Dixon's informal request that payment of the $5.00 filing fee be waived [R. 1-3] is **DENIED WITHOUT PREJUDICE**.

2. The Clerk of the Court shall send Dixon an Affidavit of Assets / In Forma Pauperis Application [Form AO-240] and a Certificate of Inmate Account [EDKY Form 523].

3. Within **30 days** from the date of this Order, Dixon must either pay the $5.00 filing fee or (1) have the Certificate of Inmate Account [EDKY Form 523] certified by prison staff, (2) complete the Affidavit of Assets/In Forma Pauperis Application [Form AO-240], and (3) file both of them with the Court.

4. The Court will deny the petition without prejudice if Dixon does not either pay the filing fee or file a properly-supported motion to proceed *in forma pauperis* within 30 days from the date of this Order.

Dated February 23, 2021

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY